## Commonwealth *v.* Jones, Appellant.

Submitted March 22, 1974. *Barry H. Denker, F. Michael Medway,* and *Shuman, Denker & Land,* for appellant; *Paul Sullivan* and *David Richman,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* King, Appellant.

Submitted March 28, 1974. *Anthony J. Cavuto,* for appellant; *David Richman,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.